JOHN G. BECKER, Respondent, *v.* FREDERICA STUDEMAN, Appellant.

*Becker* v. *Studeman,* 86 App. Div. 94, affirmed.
(Argued January 18, 1905; decided February 3, 1905.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the fourth judicial department, entered July 20, 1903, affirming a judgment in favor of plaintiff entered upon the report·of a referee.

*Thomas H. Larkins* for appellant.

*Elton D. Warner* for respondent.

Judgment affirmed, with costs ; no opinion.
Concur: CULLEN, Ch. J., GRAY, O'BRIEN, BARTLETT, HAIGHT, VANN and WERNER, JJ.

---

WILLIAM F. WENDT et al., Respondents, *v.* NORTHERN ELEC-TRICAL MANUFACTURING COMPANY, Appellant.

*Wendt* v. *Northern Electrical Mfg. Co.,* 87 App. Div. 621, affirmed.
(Argued January 18, 1905; decided February 3, 1905.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the fourth judicial department, entered November 9, 1903, affirming a judgment in favor of plaintiffs entered upon a decision of the court at a Trial Term without a jury.

*James McC. Mitchell* for appellant.

*Moses Shire* for respondents.

Judgment affirmed, with costs ; no opinion.
Concur: CULLEN, Ch. J., GRAY, O'BRIEN, BARTLETT, HAIGHT, VANN and WERNER, JJ.